[No. 751-3.    Division Three.    February 1, 1974.]

*In the Matter of the Receivership of* RICHLAND HYATT HOUSE, INC.

Appeal from judgments of the Superior Court for Benton County, No. 25330, Daniel J. Hurson and Richard J. Ennis, JJ., entered October 5, 1972. *Affirmed in part and reversed in part* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 2013-1.    Division One.    February 4, 1974.]

WALTER S. BROWN, *Respondent*, v. SHIRLEY S. IMESON *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 62563-K, Charles Z. Smith, J., entered October 19, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 2368-1.    Division One.    February 4, 1974.]

KING COUNTY FIRE PROTECTION DISTRICT No. 30, *Petitioner,* v. KING COUNTY BOUNDARY REVIEW BOARD *et al., Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 756788, James W. Mifflin, J., entered June 15, 1973. *Affirmed in part and reversed in part* by unpublished opinion per Callow, J., concurred in by Farris and Williams, JJ.

[No. 2089-1.    Division One.    February 11, 1974.]

GLACIER WESTERN CORPORATION, *Appellant,* v. SNOHOMISH COUNTY BOARD OF ADJUSTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 114135, Edward M. Nollmeyer, J., entered January 4, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by Horowitz and James, JJ.